# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MOTION FOR PERMISSION |
| | ) | TO TRAVEL |
| TIJEMA BROWN | ) | |
| | ) | 3:25-cr-00106-KDB-SCR |
| Defendant. | ) | |
| | ) | |

**NOW COMES** the Defendant by and through undersigned Counsel and hereby moves this honorable court for permission to travel and in support of said Motion avers:

1.) Defendant was indicted on May 22, 2025, and charged with violations of 18 USC §§1343 and 1349 and appeared for her initial appearance on Friday, May 23, 2025.

2.) During the hearing Counsel advised that Ms. Brown currently has a trip planned, predating her awareness of the formal accusation, Indictment, and First Appearance.

3.) AUSA Warren does not object as long as pertinent information is provided regarding Ms. Brown's travel to and from Jamaica on June 7, 2025, until June 11, 2025.

4.) Ms. Brown is scheduled to travel to Montego Bay, Jamaica with two other individuals, who Ms. Brown advises are her cousin and God-sister.

5.) These plans were confirmed in May 2025, prior to the indictment, and they will stay at the Ocean Eden Bay Resort.

6.) Ms. Brown has a one-year-old son who lives in Charotte, NC and she is gainfully employed at Amazon as well as confirmed air travel.

7.) She and her travel mates have paid for the Resort stay prior to Ms. Brown becoming aware of the formal accusations.

8.) Ms. Brown is not a flight risk and will be returning to the Western District of North Carolina on June 11, 2025 to the home where she resides with her son, Mother and Grandmother.

9.) This Motion is not for dilatory purposes and for compelling cause.

**WHEREFORE**, Defendant, Tijema Brown, prays the Court allow her to travel to Montego Bay, Jamaica June 7, 2025, to June 11, 2025.

Submitted on this 27th day of May 2025.

                                                s/Kimberly Y. Best
                                                Kimberly Y. Best
                                                The Best Law Firm, PLLC
                                                212 N. McDowell St., Suite 208
                                                Charlotte, NC  28204
                                                thebestlawfirmpllc@gmail.com
                                                980-553-0139

## **CERTIFICATE OF SERVICE**

I, Kimberly Y. Best, hereby certify that I have served a copy of the foregoing MOTION TO TRAVEL upon the following parties via ECF.

Matthew Warren, Esq.
Assistant United States Attorney
227 W. Trade St., Suite 1650
Charlotte, NC  28202

Submitted this 27TH  day of May 2025.

                                                /s/Kimberly Y. Best
                                                Kimberly Y. Best, Esq. 24932
                                                212 N. McDowell St., Suite 208
                                                Charlotte, NC  28204
                                                thebestlawfirmpllc@gmail.com
                                                980-553-0139



Check in beginning 24 hours before departure
Time until check-in 13d

# Tijema Lastephanie Brown

Join AAdvantage®

**Confirmation code**: NDFOSG

**Trip name**: RDU/MBJ

**Issued**: May 13, 2025

**Status**: Ticketed ⓘ

**Change trip**

Basic Economy restrictions may apply

Get trip notifications ›

 **Choose seats**  ›

 **Cancel trip** ›
Review before you cancel

 **Add bags** ›

 **Additional services** ›
Wheelchair, infant, service animal, pet and special assistance

# Raleigh/Durham, NC to Montego Bay, Jamaica

1 Stop . Travel time: 6h 15m

---

**ON TIME**  Duration: 1h 25m

| Departs | Arrives |
| --- | --- |
| RDU | PHL |
| 8:15 AM | 9:40 AM |
| Raleigh/Durham, NC | Philadelphia, PA |

 AA 1115 · Basic Economy 

Share alerts for this flight >

1h 05m connection at PHL

---

**ON TIME**  Duration: 3h 45m

| Departs | Arrives |
| --- | --- |
| PHL | MBJ |
| 10:45 AM | 1:30 PM |
| Philadelphia, PA | Montego Bay, Jamaica |

 AA 857 · Basic Economy 



# Reservation details

**Booked**

| Check-in | Check-out |
|---|---|
| Sat, Jun 7 | Wed, Jun 11 |
| 3:00 PM | noon |

Check-in and special instructions

View pricing details

Contact property

Change or cancel booking

---

# Location



Mountain Spring Bay, Coral Spring, Montego Bay, Falmouth Jamaica

View in local language

Get directions



## Accommodation details

Reserved for **Tijema Brown.**

You booked **1 room**.

**Junior Suite Garden View**

View special requests in your itinerary

All special requests (such as in-room amenities, bed type, and smoking preference) are shared with the hotel, but requests are not guaranteed and may incur additional charges. We recommend you confirm them directly with the hotel before travel.

---

**Travel confidently with the Expedia app**

Manage your plans and make trip updates on the fly - wherever the journey takes you.
Explore the app

---

You'll earn **$36.72 in OneKeyCash** after this trip. You're going places!

View rewards activity

## Price Summary

| | |
|---|---|
| **Accommodation 1** | $1,835.80 |
| Nights: 4 (avg./night) | $458.95 |
| Taxes | Included |

---

| | |
|---|---|
| **Total** | **$1,835.80** |



View full itinerary

Download to your phone



## Ocean Eden Bay - Adults Only - All inclusive

Expedia itinerary: 73116241094273

---

### 👤 Traveler details

Adults, 2

🏨 Mountain Spring Bay, Coral Spring, Montego Bay, Falmouth Jamaica

| Check-in | Check-out |
|---|---|
| Sat, Jun 7 | Wed, Jun 11 |

Check-in time starts at 3:00 PM    noon

    

## Wednesday, June 11, 2025

# Montego Bay, Jamaica to Raleigh/Durham, NC

1 Stop . Travel time: 6h 08m

---

**ON TIME**  Duration: 3h 05m

| Departs | Arrives |
|---|---|
| MBJ | CLT |
| 10:20 AM | 2:25 PM |
| Montego Bay, Jamaica | Charlotte, NC |

 AA 863 · Basic Economy  

Share alerts for this flight >

2h 05m connection at CLT

---

**ON TIME**  Duration: 58m

| Departs | Arrives |
|---|---|
| CLT | RDU |
| 4:30 PM | 5:28 PM |
| Charlotte, NC | Raleigh/Durham, NC |

 AA 1894 · Basic Economy