IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NOTICE OF WITHDRAWAL |
| ) | OF MOTION |
| TIJEMA BROWN ) | |
| ) | 3:25-cr-00106-KDB-SCR |
| Defendant. ) | |
| ) | |

**NOW COMES** the Defendant by and through undersigned Counsel and hereby gives Notice of Withdrawal of Motion Docket No. 25.

Submitted on this 2nd day of June, 2025.

                                                      s/Kimberly Y. Best
                                                     Kimberly Y. Best
                                                     The Best Law Firm, PLLC
                                                     212 N. McDowell St., Suite 208
                                                     Charlotte, NC  28204
                                                     thebestlawfirmpllc@gmail.com
                                                     980-553-0139

## CERTIFICATE OF SERVICE

      I, Kimberly Y. Best, hereby certify that I have served a copy of the foregoing NOTICE OF WITHDRAWAL OF WITHDRAWAL of Docket No. 25.

Matthew Warren, Esq.
Assistant United States Attorney
227 W. Trade St., Suite 1650
Charlotte, NC 28202

Submitted this 2nd day of June 2025.

                                          /s/Kimberly Y. Best
                                          Kimberly Y. Best, Esq. 24932
                                          212 N. McDowell St., Suite 208
                                          Charlotte, NC 28204
                                          thebestlawfirmpllc@gmail.com
                                          980-553-0139