IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:25-CR-00106

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **MOTION TO CONTINUE** |
| | ) | |
| | ) | |
| **ANTIONETTE ROUSE** | | |

NOW COMES, Habekah B. Cannon, who files this Motion to Continue on behalf of the Defendant. For the reason set forth below, the Defendant moves the Court for a continuance. The Assistant U.S. Attorney is not opposed to this motion.

1. On May 22, 2025, Defendant was indicted and charged with violations of 18 USC §§1343 and 1349.
2. On May 23, 2025 Defendant appeared for her initial appearance on Friday, May 23, 2025.
3. On June 2, 2025, the U.S. Attorney shared a voluminous amount of discovery with counsel via USAFx.
4. On June 4, 2025, Defendant's Attorney informed the U.S. Attorney of the request for continuance.
5. Defendant requests a continuance to review discovery and negotiate with the U.S. Attorney.

For the reasons set forth above, the Defendant respectfully requests that the Court briefly continue this matter.

Respectfully submitted the 9th day of June, 2025..

/s/Habekah B. Cannon
Bar Number:53007
Law Office of Habekah B. Cannon, PLLC
301 McCullough Drive, Suite 400
Charlotte, NC 28262
Tel: (980) 430-1156
H.cannonesq@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2025, the foregoing document was served electronically through ECF filing upon the U.S. Attorney's Office using the CM-ECF system, which sends notice of such filing to all registered CM/ECF users.

/s/Habekah B. Cannon
Bar Number:53007
Law Office of Habekah B. Cannon, PLLC
301 McCullough Drive, Suite 400
Charlotte, NC 28262
Tel: (980) 430-1156
H.cannonesq@gmail.com
