IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:25-CR-00106-KDB-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TIAWANA BROWN,<br>TIJEMA BROWN, AND<br>ANTIONETTE ROUSE,<br><br>    Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on its own motion and the motion of Defendant Antionette Rouse (Doc. No. 34) to continue this matter from July 7, 2025. In accordance with 18 U.S.C. § 3161(c)(2), the Court finds this matter is not yet ready for trial.

The Court further finds that the other Defendants' cases are "joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted," 18 U.S.C. § 3161(h)(6), and that failure to continue this matter would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). The Court further finds that the ends of justice served by taking such action outweigh the best interest of the public and Defendants to a speedy trial.

**IT IS THEREFORE ORDERED** that trial of this matter be scheduled for the next term of court. The Clerk is directed to certify copies of this Order to Defendants, Counsel for Defendants, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

**SO ORDERED.**

Signed: June 9, 2025

*/s/ Kenneth D. Bell*

Kenneth D. Bell
United States District Judge