IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MOTION TO CONTINUE |
| | ) | 3:25CR00106-KDB-SCR |
| TIJEMA BROWN | ) | |
|   Defendant. | ) | |
| | ) | |

    NOW COMES the Defendant, by and through counsel Kimberly Y. Best, and hereby moves this court for a Continuance in the above referenced matter scheduled for trial on September 2, 2025, and in support of said Motion avers:

1.) Defendant was indicted on May 22, 2025, and charged with violations of 18 USC §§1343 and 1349 and appeared for her initial appearance on Friday, May 23, 2025.

2.) Defense Counsel was present for Ms. Brown's initial appearance, and it was anticipated that another counsel would be hired and/or appointed to represent Ms. Brown prior to this date. Likewise, Counsel has been advised there is additional discovery for which a hard drive is required. Counsel is scheduled to drop one off next week.

3.) To date, other counsel has not been appointed to represent the Defendant nor hired, and the undersigned continues to serve as counsel.

4.) Counsel has received discovery in this matter but has yet to review said discovery with Ms. Brown and discuss viable solutions.

5.) Counsel has exchanged emails with AUSA Warren regarding this continuance he does not object to this Motion.

6.) Counsel wishes to continue the matter to provide for an opportunity to review the discovery in the matter and discuss it with Ms. Tijema Brown.

7.) This Motion is not for dilatory purposes and for good cause.

**WHEREFORE**, Defendant Tijema Brown requests this Court grant the Motion to Continue the trial matter currently scheduled for the trial calendar on Monday, September 2, 2025.

Submitted on this 31st day of July 2025.

                                                                       s/Kimberly Y. Best_____
                                                                       Kimberly Y. Best
                                                                       The Best Law Firm, PLLC
                                                                       212 N. McDowell St., Suite 208
                                                                       Charlotte, NC 28204
                                                                       thebestlawfirmpllc@gmail.com
                                                                       980-553-0139

# CERTIFICATE OF SERVICE

I, Kimberly Y. Best, hereby certify that I have served a copy of the foregoing MOTION TO CONTINUE upon the following parties via ECF.

Matthew Warren, Esq.
Assistant United States Attorney
227 W. Trade St., Suite 1650
Charlotte, NC  28202


Submitted this 31ST day of July, 2025.


/s/Kimberly Y. Best
Kimberly Y. Best, Esq. 24932
212 N. McDowell St., Suite 208
Charlotte, NC  28204
thebestlawfirmpllc@gmail.com
980-553-0139