# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:25-cr-00106-KDB-DCK-1

UNITED STATES OF AMERICA     )
      )
vs.         )
      )
TIAWANA BROWN     )

## MOTION FOR EXTENSION OF TIME FOR PSR OBJECTIONS

Ms. Brown respectfully requests one additional week to file a response to the presentence report. No previous extension has been granted.

The Draft Report was released on March 27, 2026, with a corresponding objection date of April 10, 2026.

Therefore, Ms. Brown requests that the Court permit her to file objections or comments by April 17, 2026.

Respectfully submitted this 10th day of April 2026.

**s/Rob Heroy**
W. Rob Heroy
Attorney for Defendant
Goodman Carr, PLLC
301 S. McDowell St., #602
Charlotte, NC 28204
(704) 372-2770
rheroy@goodmancarr.net

<u>CERTIFICATE OF SERVICE</u>

I, W. Rob Heroy, certify that on the 10th day of April, 2026, I filed the Defendant's Motion for Extension with the Clerk of the Court for the United States District Court for the Western District of North Carolina by using the CM/ECF system which will send notification to all parties.

**s/Rob Heroy**
W. Rob Heroy
Attorney for Defendant
Goodman Carr, PLLC
301 S. McDowell St., #602
Charlotte, NC 28204
(704) 372-2770
rheroy@goodmancarr.net

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:25-cr-00106-KDB-DCK-1**


UNITED STATES OF AMERICA      )
         )
vs.                          )
         )
TIAWANA BROWN             )

## **PROPOSED ORDER ON MOTION TO EXTEND PSR DEADLINES**

For the reasons set forth in Defendant's motion, he is permitted until April 17, 2026, to

file any objections or comments to the Presentence Report.

This is the _____ day of April, 2026.


_____

District Court Judge Presiding